NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**IN RE: SIMON SHIAO TAM,**
*Appellant*

—————————

2014-1203

—————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85472044.

—————————

**O R D E R**

—————————

Oral argument en banc for this appeal is scheduled for October 2, 2015 at 10:00 a.m. in courtroom 201. This appeal will have 30 minutes per side for a total argument time of one hour. The parties shall notify the court by ECF filing by September 2, 2015 of the names of the counsel who will present oral argument.

FOR THE COURT

June 22, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court